THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD RUSSELL, Defendant-Appellant.

(No. 56615; )

First District (1st Division)—July 23, 1973.

PER CURIAM.
BURKE, P. J., took no part.

James J. Doherty, Public Defender, of Chicago, (Lee T. Hettinger, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and William K. Hedrick, Assistant State's Attorneys, of counsel,) for the People.